# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DARNELL WILLIAMS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    **CIVIL ACTION 04-0692-CB-D** |
| | ) |
| **MOBILE COUNTY METRO JAIL,** | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that this action be and is hereby DISMISSED without prejudice for failure to prosecute.

DONE this 14th day of September, 2005.

                                           **s/*Charles R. Butler, Jr.***
                                           **SENIOR UNITED STATES DISTRICT JUDGE**